UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLO, LLC | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:17-cv-02493-GJP |
| | : | |
| v. | : | |
| | : | |
| SUPPLEMENT DIRECT VENTURES, INC., and ABC CO. d/b/a "SUPPLEMENT POLICE" | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff GOLO, LLC ("GOLO") – having received the attached Affidavit of David A. Lopez from Defendant Supplement Direct Ventures, Inc. ("Supplement Direct") – hereby dismisses the instant action against Supplement Direct without prejudice.

Dated: July 10, 2017

Respectfully submitted,

/s/*M. Kelly Tillery*
  M. Kelly Tillery, Esquire
  PEPPER HAMILTON LLP
  3000 Two Logan Square
  18th and Arch Streets
  Philadelphia, PA 19103
  Tel: (215) 981-4000
  Fax: (215) 981-4750
  tilleryk@pepperlaw.com

*Attorneys for Plaintiff, GOLO, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, a true and correct copy of the foregoing Notice of Dismissal was filed electronically and is available for viewing and downloading from the Court's ECF System.  Notice of this filing has been served on the Defendant Supplement Direct Ventures, Inc. via email at info@supplementdirect.com.

/s/  *M. Kelly Tillery*
M. Kelly Tillery